UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JEROME EASLEY,<br><br>Petitioner,<br><br>v.<br><br>TYWANDA STRAIN/HALL, et al.,<br><br>Respondents. | No. 2:20-cv-0103-EFB P<br><br><br><br>ORDER |

Petitioner is a county inmate without counsel. This action was opened when he filed a document labeled both a "writ of habeas corpus" and a "federal civil complaint." ECF No. 1 at 1, 12, 16. It is unclear whether he intends to proceed with this case as a habeas action pursuant to 28 U.S.C. § 2254 or as a civil rights action pursuant to 42 U.S.C. § 1983. Habeas petitions and civil rights complaints provide exclusive vehicles for relief and may not be pursued concurrently in a single action. *See Nettles v. Grounds*, 830 F.3d 922, 931 (9th Cir. 2016) (holding that if a state prisoner's claim would not necessarily lead to immediate or speedier release, it may not be brought in habeas corpus but must be brought, if at all, under § 1983).

Accordingly, it is hereby ORDERED that:

1. The Clerk of the Court is directed to send petitioner the court's forms for an application for writ of habeas corpus and for a civil rights complaint pursuant to 42 U.S.C. § 1983.

2. Petitioner shall file either a petition for writ of habeas corpus or a civil rights complaint within 30 days of the date of this order.

3. Failure to comply with this order may result in the dismissal of this action.

DATED: January 27, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE