UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JEROME EASLEY,<br><br>Plaintiff,<br><br>v.<br><br>TYWANDA STRAIN/HALL, et al.,<br><br>Defendants. | No. 2:20-cv-0103-EFB P<br><br><br><br>ORDER |

Plaintiff, a county jail inmate proceeding without counsel, has filed a complaint (ECF No. 6) and a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (ECF No. 2).[1] However, an authorized jail official has not provided a certified trust account statement for filing with plaintiff's in forma pauperis application. *See* 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court;

---

[1] Plaintiff also filed a motion for an extension of time to file a complaint (ECF No. 5), which is denied as moot. Once plaintiff submits the documents required to proceed in forma pauperis, the court will screen his complaint pursuant to 29 U.S.C. § 1915A.

2. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice; and

3. Plaintiff's request for an extension of time (ECF No. 5) is denied as moot.

DATED: March 9, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE