UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JEROME EASLEY,<br><br>Plaintiff,<br><br>v.<br><br>TYWANDA STRAIN/HALL, et. al.,<br><br>Defendants. | No. 2:20-cv-0103-EFB P<br><br><u>ORDER AND FINDINGS AND RECOMMENDATIONS</u> |

    Plaintiff, a Sacramento County jail inmate, proceeds without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

    On April 28, 2020, the court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A. ECF No. 21. The court dismissed the complaint, explained the deficiencies therein, and granted plaintiff thirty days in which to file an amended complaint to cure the deficiencies. *Id.* The screening order warned plaintiff that failure to comply would result in a recommendation that this action be dismissed. The time for acting has now passed and plaintiff has not filed an amended complaint.[1] Thus, it appears that plaintiff is unable or unwilling to cure the defects in the complaint.

/////

---

[1] Plaintiff has filed multiple letters and notices with the court, but none are responsive to the court's April 28, 2020 order. *See* ECF Nos. 24-29.

1