UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JEROME EASLEY,<br><br>Plaintiff,<br><br>v.<br><br>TYWANDA STRAIN/HALL, et al.,<br><br>Defendants. | No. 2:20-cv-0103-KJM-EFB P<br><br><br><br>ORDER |

Plaintiff, Mr. Steven Jerome Easley, proceeds without counsel in an action brought under 42 U.S.C. § 1983. Mr. Easley was previously incarcerated at the Sacramento County jail. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 25, 2020, the magistrate judge filed findings and recommendations, which were sent to plaintiff's last known address and returned undeliverable. ECF No. 30. The findings and recommendations contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. *Id.* In September 2020, the docket reflects that Mr. Easley was properly served. *See* ECF No. 37. While Mr. Easley has made a number of filings since the findings and recommendations issued (ECF Nos. 31–39), he has not filed anything responsive to them.

/////

1

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 25, 2020, are adopted in full;
2. This action is DISMISSED without prejudice for the reasons set forth in the April 28, 2020 screening order (ECF No. 21); and
3. The clerk of court is directed to close this case.

DATED: March 24, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

2